# Order

February 17, 2015

150565-6(54)

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MICHIGAN INSURANCE COMPANY,
   Plaintiff-Appellee,

v

CHANNEL ROAD CONSTRUCTION, INC.,
d/b/a CONSTRUCTION SERVICES, INC., OF
DRUMMOND ISLAND,
   Defendant-Appellant,
and

CITIZENS INSURANCE COMPANY and
FRANKENMUTH MUTUAL INSURANCE
COMPANY,
   Defendants-Appellees,
and

MARK WENGER and CYNTHIA WENGER,
   Defendants.
_____/

SC: 150565
COA: 315837
Chippewa CC: 12-012243-CK

MICHIGAN INSURANCE COMPANY,
   Plaintiff-Appellee,

v

CHANNEL ROAD CONSTRUCTION, INC.,
d/b/a CONSTRUCTION SERVICES, INC., OF
DRUMMOND ISLAND,
   Defendant,
and

SC: 150566
COA: 315859
Chippewa CC: 12-012243-CK

CITIZENS INSURANCE COMPANY and
FRANKENMUTH MUTUAL INSURANCE
COMPANY,

        Defendants-Appellees,

and

MARK WENGER and CYNTHIA WENGER,

        Defendants-Appellant.

_____/

        On order of the Chief Justice, the motion of the Associated General Contractors of Michigan to participate as amicus curiae is GRANTED. The amicus brief submitted by that organization on February 10, 2015, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2015         

                                                     Clerk